1

2

3

4

5

6

7   UNITED STATES DISTRICT COURT

8   CENTRAL DISTRICT OF CALIFORNIA

9   EASTERN DIVISION

10  KIM PACE-WHITE,                         Case No. EDCV 13-589 SJO (AN)

11          Petitioner,                     JUDGMENT

12      v.

13  DEBRA K. JOHNSON, WARDEN,

14

15          Respondent.

16

17          IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed

18  without prejudice for the reasons set forth in the corresponding Order.

19

20

21  Dated: April 9, 2013

22                                          S. JAMES OTERO
                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28