ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY J H Y                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                      DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KIM PACE-WHITE, | Case No. EDCV 13-589 SJO (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBRA K. JOHNSON, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed without prejudice for the reasons set forth in the corresponding Order.

Dated: April 9, 2013

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE